THE FIRST NATIONAL BANK OF TOLEDO OHIO, Respondent, *v.* LEANDER B. SHAW, et al., Appellants.

(Argued April 18, 1877 ; decided May 22, 1877.)

THIS case upon a former appeal was passed upon by the commission of appeals (see 61 N. Y., 283). The court here held that no new fact of controlling importance had been brought out upon the second trial, but that the testimony was substantially the same, nor was there any question raised not raised before which presents the case in a different legal aspect, and that therefore the case was *res adjudicata.*

*William Allen Butler*, for appellant, the New York Guaranty and Indemnity Company.

*Geo. C. Blanke*, for appellants, Shaw et al.

*Edward Bissell*, for respondents.

FOLGER, J., reads for affirmance.

All concur.

Judgment affirmed.